# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 743 |
| | : | |
| ORDER AMENDING RULE 230.2 OF | : | CIVIL PROCEDURAL RULES DOCKET |
| THE PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of August, 2023, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 53 Pa.B. 1160 (March 4, 2023):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 230.2 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.